FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL N. MELVIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNTRUST MORTGAGE, INC.; and SUNTRUST BANK,<br><br>    Defendants. | No. 2:19-CV-00305-SAB<br><br><br><br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 14. The parties agree and stipulate to the dismissal of this case with prejudice and without costs or fees to either party. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the joint wishes of the parties, the Court dismisses this case.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulation and Order of Dismissal, ECF No. 14, is **accepted** and **entered into the record**.

    2. This case is **DISMISSED** with prejudice and without costs or fees to either party.

//
//
//
//
//

**ORDER DISMISSING CASE** * 1

3. Any pending motions are denied as **moot**. Any pending deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 21st day of December 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** * 2